UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>[1] LONNIE NEWSOME )<br>A/K/A "Big Lonnie" )<br>)<br>[4] TIM ALLEN )<br>A/K/A "Lil Tim" )<br>)<br>[5] ANTHONY BROOKS )<br>A/K/A "A.B." )<br>)<br>[6] ANTHONY LAMPKINS )<br>A/K/A "Doo Daddy" )<br>)<br>[7] ANTONIO WASHINGTON )<br>A/K/A "T.O." )<br>)<br>[8] KERRY PETTUS )<br>A/K/A "Lil Kerry" )<br>)<br>[9] JOEDON BRADLEY )<br>A/K/A "Jo Jo" )<br>)<br>[10] DESHAUNE JONES )<br>A/K/A "Mexico" )<br>)<br>[11] DONALD DOWELL )<br>A/K/A "D-Dow" )<br>)<br>[12] ALONZO McLAURINE )<br>A/K/A "Zo" )<br>)<br>[13] AARON GOOCH )<br>A/K/A "A-Ron" ) | NO. 3:10-00163 |

[15] SHAYNE GIBSON )
A/K/A "Alief" )
 )
[19] TOREY COHEN BOSEMAN )
A/K/A "Torey" )
 )
[20] KARLOS TAYLOR )
A/K/A "Los" )
 )
[22] BRANDON PRINCE )
 )
[23] SHAWN HOWELL )
 )
[25] RODNEY BRITTON )
 )
[26] LONNIE GREENLEE )
 )
[27] KEAIRUS WILSON )
A/K/A "Key-Thang" )
 )
[28] MONTEZ HALL )
A/K/A "Tez" )
 )
[29] CEDRIC WOODS )
A/K/A "Lil Ced" )
 )
[30] RONDARIUS WILLIAMSON )
A/K/A "Killa" )
 )
[31] WILLIAM WALDEN )
A/K/A "Wild Bill" )
 )
[32] KENNETH GADDIE )
A/K/A "K.G." )

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The motion is granted and the Indictment is ordered sealed as to the above defendants, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by

the Government to the defendants or the defendants' counsel after the defendant is arrested; and

(b) shall be provided by the Clerk to the United States Marshals Service to permit the Marshal to perform statutorily authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the U.S. Marshal, to serve them only on counsel for the Government.

Todd J. Campbell
United States District Judge