UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-CR-00163 |
| v. ) | |
| ) | Magistrate Judge Bryant |
| [1] LONNIE NEWSOME ) | |
| A/K/A "Big Lonnie" ) | |
| [4] TIM ALLEN ) | |
| A/K/A "Lil Tim" ) | |
| [5] ANTHONY BROOKS ) | |
| A/K/A "A.B." ) | |
| [6] ANTHONY LAMPKINS ) | |
| A/K/A "Doo Daddy" ) | |
| [7] ANTONIO WASHINGTON ) | |
| A/K/A "T.O." ) | |
| [8] KERRY PETTUS ) | |
| A/K/A "Lil Kerry" ) | |
| [9] JOEDON BRADLEY ) | |
| A/K/A "Jo Jo" ) | |
| [10] DESHAUNE JONES ) | |
| A/K/A "Mexico" ) | |
| [11] DONALD DOWELL ) | |
| A/K/A "D-Dow" ) | |
| [12] ALONZO McLAURINE ) | |
| A/K/A "Zo" ) | |
| [13] AARON GOOCH ) | |
| A/K/A "A-Ron" ) | |

| | |
|---|---|
| [15] SHAYNE GIBSON<br>A/K/A "Alief" | )<br>)<br>) |
| [19] TOREY COHEN BOSEMAN<br>A/K/A "Torey" | )<br>)<br>) |
| [20] KARLOS TAYLOR<br>A/K/A "Los" | )<br>)<br>) |
| [22] BRANDON PRINCE | )<br>) |
| [23] SHAWN HOWELL | )<br>) |
| [25] RODNEY BRITTON | )<br>) |
| [26] LONNIE GREENLEE | )<br>) |
| [27] KEAIRUS WILSON<br>A/K/A "Key-Thang" | )<br>)<br>) |
| [28] MONTEZ HALL<br>A/K/A "Tez" | )<br>)<br>) |
| [29] CEDRIC WOODS<br>A/K/A "Lil Ced" | )<br>)<br>) |
| [30] RONDARIUS WILLIAMSON<br>A/K/A "Killa" | )<br>) |

## MOTION TO PARTIALLY UNSEAL THE INDICTMENT

Comes now the United States and requests the indictment in this case be unsealed as to defendants Lonnie Newsome, a/k/a "Big Lonnie," Tim Allen, a/k/a "Lil Tim," Anthony Brooks, a/k/a "A.B.," Anthony Lampkins, a/k/a "Doo Daddy," Antonio Washington, a/k/a "T.O.," Kerry Pettus, a/k/a "Lil Kerry," Joedon Bradley, a/k/a "Jo Jo," Deshaune Jones, a/k/a "Mexico," Donald Dowell, a/k/a "D-Dow," Alonzo McLaurine, a/k/a "Zo," Aaron Gooch, a/k/a "A-Ron," Shayne Gibson, a/k/a "Alief," Torey Cohen Bozeman, a/k/a "Torey," Karlos Taylor, a/k/a " Los," Brandon Prince, Shawn Howell, Rodney Britton, Lonnie Greenlee, Keairus Wilson, a/k/a

"Key-Thang," Montez Hall, a/k/a "Tez," Cedric Woods, a/k/a "Lil Ced," and Rondarius Williamson, a/k/a "Killa". Three of the listed defendants have previously appeared in federal court on the original indictment and are on pretrial release. The remaining listed defendants are currently in either federal or state custody.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

\s\ Scarlett M. Singleton
SCARLETT M. SINGLETON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

\s\ Cody Skipper
CODY SKIPPER
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

_____
John S. Bryant
U.S. Magistrate Judge