Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-00163-5 |
| v. ) | |
| ) | JUDGE TRAUGER |
| ) | |
| ANTHONY BROOKS ) | |

### DEFENDANT BROOKS' MOTION TO ADOPT ALL APPLICABLE MOTIONS OF CO-DEFENDANTS

Defendant, Anthony Brooks ("Brooks"), respectfully requests that this Honorable Court allow him to adopt all applicable motions of his co-defendants. In support of this Motion, Brooks states as follows:

1. This case involves numerous defendants and a multi-count indictment.

2. Out of an abundance of caution and in the interest of judicial economy, Brooks wishes to adopt the motions of his co-defendants that are applicable to Brooks.

Respectfully Submitted:

/s Deanna Bell Johnson
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622

1